No. 2, Misc.   HOSKINS *v.* MOORE, WARDEN;

No. 4, Misc.   STERBA *v.* ILLINOIS;

No. 10, Misc.   HUDSON *v.* OVERHOLSER;

No. 21, Misc.   BURKHOLDER *v.* UNITED STATES;

No. 28, Misc.   TAYLOR *v.* SQUIER, WARDEN;

No. 33, Misc.   MIDDLETON *v.* MICHIGAN;

No. 43, Misc.   STEPHENSON *v.* PAGE, WARDEN;

No. 80, Misc.   GIBBS *v.* BUSHONG, SUPERINTENDENT;

No. 82, Misc.   FLEET *v.* SWENSON, WARDEN;

No. 84, Misc.   VAN BEEK *v.* MICHIGAN;

No. 91, Misc.   STEWART *v.* STEELE, WARDEN;

No. 92, Misc.   LANG *v.* MAYO, CUSTODIAN;

No. 102, Misc.   GRIER *v.* WARDEN, STATE PRISON;

No. 112, Misc.   CARROLL *v.* SWENSON, WARDEN;

No. 129, Misc.   HORN *v.* FRISBIE, WARDEN; and

No. 149, Misc.   HULL *v.* FRISBIE, WARDEN.   The motions for leave to file petitions for writs of habeas corpus in these cases are severally denied.   Petitioners *pro se.* *Solicitor General Perlman* for respondent in No. 28, Misc. *Price Daniel,* Attorney General of Texas, *Charles D.*

*Mathews,* First Assistant Attorney General, *E. Jacobson* and *Calvin B. Garwood, Jr.,* Assistant Attorneys General, for respondent in No. 2, Misc.